195 So.2d 647

Alex JOSEPH

v.

**GREATER NEW GUIDE BAPTIST CHURCH, INC.**

No. 48606.

March 10, 1967.

In re: Greater New Guide Baptist Church, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 194 So.2d 127.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.